# EXHIBIT A

Case 5:22-cv-00233 Document 1-1 Filed 02/04/22 Page 2 of 10 Page ID #:8
Electronically FILED by Superior Court of California, County of Riverside on 11/19/2021 02:52 PM
Case Number CVSW2110020 0000005139848 - W. Samuel Hamrick Jr., Executive Officer/Clerk of the Court By Jose Valdez, Clerk

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
WALMART INC.; Wal-Mart Associates, Inc.; Wal-Mart Realty Company; Does 1 to 50

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Michelina Curiale

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.
 You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
 There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*
 *Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*
 *Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is: | CASE NUMBER: |
|---|---|
| *(El nombre y dirección de la corte es):* | *(Número del Caso):* |
| Superior Court of California, County of Riverside | CVSW2110020 |
| Southwest Justice Center | |
| 30755-D Auld Road | |
| Murrieta, CA. 92563 | |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Frank De Santis, Esq. SBN 110400 / Valorie E. Ryan, Esq. SBN 237906
DE SANTIS LAW CENTER, APC
298 Third Ave., Chula Vista, CA 91910  T: 619-425-2020  F: 619-425-2120

| DATE: | Clerk, by |  | , Deputy |
|---|---|---|---|
| *(Fecha)* 11/19/2021 | *(Secretario)* | | *(Adjunto)* |

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* Wal-mart Associates Inc
   under: ☒ CCP 416.10 (corporation)  ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☒ by personal delivery on *(date):*

Page 1 of 1

| Form Adopted for Mandatory Use | **SUMMONS** | American LegalNet, Inc. | Code of Civil Procedure §§ 412.20, 465 |
| Judicial Council of California | | www.FormsWorkflow.com | www.courtinfo.ca.gov |
| SUM-100 [Rev. July 1, 2009] | | | |

Electronically FILED by Superior Court of California, County of Riverside on 11/19/2021 02:52 PM
Case Number CVSW2110020 0000005139849 - W. Samuel Hamrick Jr., Executive Officer/Clerk of the Court By Jose Valdez, Clerk

**CM-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Frank De Santis, Esq.  SBN 110400 / Valorie E. Ryan, Esq. SBN 237906<br>DE SANTIS LAW CENTER, APC<br>298 Third Ave., Chula Vista, CA   91910<br>  TELEPHONE NO.: 619-425-2020   FAX NO. *(Optional)*: 619-425-2120<br>  E-MAIL ADDRESS: law@desantislawcenter.com<br>ATTORNEY FOR *(Name)*: Plaintiff, Michelina Curiale | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE**
STREET ADDRESS: 30755-D Auld Road
MAILING ADDRESS: 30755-D Auld Road
CITY AND ZIP CODE: Murrieta, CA. 92563
BRANCH NAME: Southwest Justice Center

CASE NAME: Michelina Curiale v. WALMART INC.; Wal-Mart Associates, Inc.; Wal-Mart Realty Company; Does 1 to 50

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| ☒ Unlimited   ☐ Limited<br>(Amount demanded exceeds $25,000)  (Amount demanded is $25,000) | ☐ Counter   ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | CVSW2110020<br>JUDGE:<br>DEPT.: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

   **Auto Tort**
   ☐ Auto (22)
   ☐ Uninsured motorist (46)

   **Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
   ☐ Asbestos (04)
   ☐ Product liability (24)
   ☐ Medical malpractice (45)
   ☒ Other PI/PD/WD (23)

   **Non-PI/PD/WD (Other) Tort**
   ☐ Business tort/unfair business practice (07)
   ☐ Civil rights (08)
   ☐ Defamation (13)
   ☐ Fraud (16)
   ☐ Intellectual property (19)
   ☐ Professional negligence (25)
   ☐ Other non-PI/PD/WD tort (35)

   **Employment**
   ☐ Wrongful termination (36)
   ☐ Other employment (15)

   **Contract**
   ☐ Breach of contract/warranty (06)
   ☐ Rule 3.740 collections (09)
   ☐ Other collections (09)
   ☐ Insurance coverage (18)
   ☐ Other contract (37)

   **Real Property**
   ☐ Eminent domain/Inverse condemnation (14)
   ☐ Wrongful eviction (33)
   ☐ Other real property (26)

   **Unlawful Detainer**
   ☐ Commercial (31)
   ☐ Residential (32)
   ☐ Drugs (38)

   **Judicial Review**
   ☐ Asset forfeiture (05)
   ☐ Petition re: arbitration award (11)
   ☐ Writ of mandate (02)
   ☐ Other judicial review (39)

   **Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
   ☐ Antitrust/Trade regulation (03)
   ☐ Construction defect (10)
   ☐ Mass tort (40)
   ☐ Securities litigation (28)
   ☐ Environmental/Toxic tort (30)
   ☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

   **Enforcement of Judgment**
   ☐ Enforcement of judgment (20)

   **Miscellaneous Civil Complaint**
   ☐ RICO (27)
   ☐ Other complaint *(not specified above)* (42)

   **Miscellaneous Civil Petition**
   ☐ Partnership and corporate governance (21)
   ☐ Other petition *(not specified above)* (43)

2. This case ☐ is ☒ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)*: a. ☒ monetary b. ☒ nonmonetary; declaratory or injunctive relief c. ☐ punitive
4. Number of causes of action *(specify)*: One
5. This case ☐ is ☒ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: November 19, 2021

Frank De Santis, Esq.
(TYPE OR PRINT NAME)                                      ▶ (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev.September 1, 2021] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>www.courts.ca.gov |


American LegalNet, Inc.
www.FormsWorkFlow.com

Electronically FILED by Superior Court of California, County of Riverside on 11/19/2021 02:52 PM
Case Number CVSW2110020 0000005139847 - W. Samuel Hamrick Jr., Executive Officer/Clerk of the Court By Jose Valdez, Clerk

**PLD-PI-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Frank De Santis, Esq. SBN 110400 / Valorie E. Ryan, Esq. SBN 237906<br>DE SANTIS LAW CENTER, APC<br>298 Third Ave.<br>Chula Vista, CA  91910<br>TELEPHONE NO.: 619-425-2020    FAX NO. *(Optional):* 619-425-2120<br>E-MAIL ADDRESS *(Optional):* law@desantislawcenter.com<br>ATTORNEY FOR *(Name):* Plaintiff, Michelina Curiale | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF Riverside**
STREET ADDRESS: 30755-D Auld Road
MAILING ADDRESS: 30755-D Auld Road
CITY AND ZIP CODE: Murrieta, CA. 92563
BRANCH NAME: Southwest Justice Center

PLAINTIFF: Michelina Curiale

DEFENDANT: WALMART INC.; Wal-Mart Associates, Inc.; Wal-Mart Realty Company;

☒ DOES 1 TO 50

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
☐ AMENDED *(Number):*

Type *(check all that apply):*
☐ MOTOR VEHICLE    ☒ OTHER *(specify):* Premises Liability
☐ Property Damage    ☐ Wrongful Death
☒ Personal Injury    ☐ Other Damages *(specify):*

Jurisdiction *(check all that apply):*
☐ ACTION IS A LIMITED CIVIL CASE
Amount demanded    ☐ does not exceed $10,000
☐ exceeds $10,000, but does not exceed $25,000
☒ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint
☐ from limited to unlimited
☐ from unlimited to limited

CASE NUMBER:
CVSW2110020

1. Plaintiff *(name or names):* Michelina Curiale
   alleges causes of action against defendant *(name or names):* WALMART INC.; Wal-Mart Associates, Inc.; Wal-Mart Realty Company; Does 1 to 50
2. This pleading, including attachments and exhibits, consists of the following number of pages: 4
3. Each plaintiff named above is a competent adult
   a. ☐ except plaintiff *(name):*
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ a public entity *(describe):*
      (4) ☐ a minor    ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify):*
      (5) ☐ other *(specify):*
   b. ☐ except plaintiff *(name):*
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ a public entity *(describe):*
      (4) ☐ a minor    ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify):*
      (5) ☐ other *(specify):*

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

| Form Approved for Optional Use<br>Judicial Council of California<br>PLD-PI-001 [Rev. January 1, 2007] | **COMPLAINT—Personal Injury, Property Damage, Wrongful Death** | Code of Civil Procedure, § 425.12<br>www.courtinfo.ca.gov<br>American LegalNet, Inc.<br>www.FormsWorkflow.com |

PLD-PI-001

| SHORT TITLE: Curiale v. WALMART INC., et al | CASE NUMBER: CVSW2110020 |
|---|---|

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ except defendant (name): WALMART INC.
      (1) ☐ a business organization, form unknown
      (2) ☒ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   c. ☒ except defendant (name): Wal-Mart Realty Company
      (1) ☐ a business organization, form unknown
      (2) ☒ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   b. ☒ except defendant (name): Wal-Mart Associates, Inc.
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   d. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants (specify Doe numbers): 1-50 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants (specify Doe numbers): 1-50 are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

PLD-PI-001

| SHORT TITLE: Curiale v. WALMART INC., et al | CASE NUMBER: CVSW2110020 |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
    a. ☐ Motor Vehicle
    b. ☐ General Negligence
    c. ☐ Intentional Tort
    d. ☐ Products Liability
    e. ☒ Premises Liability
    f. ☐ Other *(specify)*:

11. Plaintiff has suffered
    a. ☐ wage loss
    b. ☐ loss of use of property
    c. ☒ hospital and medical expenses
    d. ☒ general damage
    e. ☐ property damage
    f. ☐ loss of earning capacity
    g. ☒ other damage *(specify)*: Any other and further relief that this Court deems just and proper.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☒ compensatory damages
       (2) ☐ punitive damages
       The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
       (1) ☒ according to proof
       (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: November 19, 2021

Frank De Santis, Esq.
(TYPE OR PRINT NAME)

▶ (SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]  **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**  Page 3 of 3

American LegalNet, Inc.
www.FormsWorkflow.com

PLD-PI-001(4)

| SHORT TITLE:<br>Curiale v. WALMART INC., et al | CASE NUMBER:<br>CVSW2110020 |
|---|---|

<u>　　　First　　　</u>　　　**CAUSE OF ACTION—Premises Liability**　　　Page <u>　4　</u>
　　　(number)

ATTACHMENT TO：　☒ Complaint　　☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name):* Michelina Curiale
　　　alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
　　　On *(date):* November 28, 2019　　　plaintiff was injured on the following premises in the following

　　fashion *(description of premises and circumstances of injury):*
　　While shopping at Wal-Mart Store #2952, located at 41200 Murrieta Hot Springs Rd., Murrieta, CA
　　92562-9479, owned, operated, managed and/or controlled by Defendants WALMART INC., Wal-Mart
　　Associates, Inc. and Wal-Mart Realty Company, Plaintiff slipped and fell on a puddle of liquid on the
　　floor that was negligently left unattended by store personnel. Defendants knew or should have known
　　upon reasonal inspection and ordinary care that the wet floor presented dangerous condition and an
　　unreasonable risk of harm to its invitees. Defendants failed to warn Plaintiff of the dangerous condition
　　prior to her fall. As a direct and proximate result of this fall, Plaintiff suffered serious injuries.

Prem.L-2.　☒　**Count One—Negligence** The defendants who negligently owned, maintained, managed and operated
　　　　　　　　the described premises were *(names):*
　　　　　　　　WALMART INC.; Wal-Mart Associates, Inc.; Wal-Mart Realty Company;

　　　　　　☒ Does <u>1</u> to <u>50</u>

Prem.L-3.　☐　**Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully
　　　　　　　　or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were
　　　　　　　　*(names):*

　　　　　　☐ Does _____ to _____
　　　　　　Plaintiff, a recreational user, was ☐ an invited guest ☐ a paying guest.

Prem.L-4.　☐　**Count Three—Dangerous Condition of Public Property** The defendants who owned public property
　　　　　　　　on which a dangerous condition existed were *(names):*

　　　　　　☐ Does _____ to _____
　　　　　a. ☐　The defendant public entity had ☐ actual ☐ constructive notice of the existence of the
　　　　　　　　dangerous condition in sufficient time prior to the injury to have corrected it.
　　　　　b. ☐　The condition was created by employees of the defendant public entity.

Prem.L-5. a. ☒　**Allegations about Other Defendants** The defendants who were the agents and employees of the
　　　　　　　　other defendants and acted within the scope of the agency were *(names):*

　　　　　　☒ Does <u>1</u> to <u>50</u>
　　　　　b. ☐　The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
　　　　　　　　☐ described in attachment Prem.L-5.b ☐ as follows *(names):*

Page 1 of 1

| Form Approved for Optional Use<br>Judicial Council of California<br>PLD-PI-001(4) [Rev. January 1, 2007] | **CAUSE OF ACTION—Premises Liability** | Code of Civil Procedure, § 425.12<br>*www.courtinfo.ca.gov* |
|---|---|---|

American LegalNet, Inc.
www.FormsWorkflow.com

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
Southwest Justice Center
30755-D Auld Road, Murrieta, CA 92563

**Case Number:** CVSW2110020

**Case Name:** CURIALE vs WALMART INC.

## NOTICE OF DEPARTMENT ASSIGNMENT

The above entitled case is assigned to the Honorable Raquel A. Marquez in Department S303 for All Purposes.

Any disqualification pursuant to CCP section 170.6 shall be filed in accordance with that section.

The court follows California Rules of Court, Rule 3.1308(a)(1) for tentative rulings (see Riverside Superior Court Local Rule 3316). Tentative Rulings for each law and motion matter are posted on the internet by 3:00 p.m. on the court day immediately before the hearing at http://riverside.courts.ca.gov/tentativerulings.shtml. If you do not have internet access, you may obtain the tentative ruling by telephone at (760) 904-5722.

To request oral argument, you must (1) notify the judicial secretary at (760) 904-5722 and (2) inform all other parties, no later than 4:30 p.m. the court day before the hearing. If no request for oral argument is made by 4:30 p.m., the tentative ruling will become the final ruling on the matter effective the date of the hearing.

The filing party shall serve a copy of this notice on all parties.

| | |
|---|---|
|  | Interpreter services are available upon request. If you need an interpreter, please complete and submit the online Interpreter Request Form (https://riverside.courts.ca.gov/Divisions/InterpreterInfo/ri-in007.pdf) or contact the clerk's office and verbally request an interpreter. All requests must be made in advance with as much notice as possible, and prior to the hearing date in order to secure an interpreter. |
|  | Assistive listening systems, computer-assisted real time captioning, or sign language interpreter services are available upon request if at least 5 days notice is provided. Contact the Office of the ADA Coordinator by calling (951) 777-3023 or TDD (951) 777-3769 between 8:00 am and 4:30 pm or by emailing ADA@riverside.courts.ca.gov to request an accommodation. A *Request for Accommodations by Persons With Disabilities and Order* (form MC-410) must be submitted when requesting an accommodation. (Civil Code section 54.8.) |

Dated: 12/03/2021

W. SAMUEL HAMRICK JR.,
Court Executive Officer/Clerk of Court

by: _____
J. Valdez, Deputy Clerk

CI-NODACV
(Rev. 02/16/21)

| | |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE<br>Branch Name: Southwest Justice Center<br>Mailing Address: 30755-D Auld Road<br>City, State and Zip Code: Murrieta CA 92563 | |
| SHORT TITLE: CURIALE vs WALMART INC.<br><br>**NOTICE OF CONFIRMATION OF ELECTRONIC FILING** | CASE NUMBER:<br>CVSW2110020 |

The Electronic Filing described by the below summary data was reviewed and accepted by the Superior Court of California, County of RIVERSIDE. In order to process the filing, the fee shown was assessed.

**Electronic Filing Summary Data**

Electronically Submitted By:   Legal Connect
Reference Number: 4987539_2021_11_19_22_49_23_781_4
Submission Number: 21RSCR00069620
Court Received Date: 11/19/2021
Court Received Time: 2:52 pm
Case Number: CVSW2110020
Case Title: CURIALE vs WALMART INC.
Location: Southwest Justice Center
Case Type: Civil
Case Category: Unlimited Civil Other Personal Injury/Property Damage/Wrongful Death Tort
Jurisdictional Amount: Amount over $25,000
Notice Generated Date: 12/03/2021
Notice Generated Time: 8:57 am

| **Documents Electronically Filed/Received** | **Status** |
|---|---|
| Complaint for Other Personal Injury/Property Damage/Wrongful Death Tort (Over $25,000) | Accepted |
| Summons Issued and Filed | Accepted |
| Civil Case Cover Sheet | Accepted |

**Comments**
Submitter's Comments:

Clerk's Comments:

NOTICE OF CONFIRMATION OF FILING

**Electronic Filing Service Provider Information**
Service Provider: Legal Connect
Contact: Legal Connect
Phone: (800) 909-6859