Frank De Santis, Esq. # 110400
law@desantislawcenter.com
Valorie E. Ryan, Esq. # 237906
valorie@desantislawcenter.com
DE SANTIS LAW CENTER, APC
298 Third Avenue
Chula Vista, CA 91910
Tel: (619) 425-2020

Attorneys for Plaintiff,
MICHELINA CURIALE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION RIVERSIDE

| | |
|---|---|
| MICHELINA CURIALE,<br><br>    Plaintiffs,<br><br>  v.<br><br>WALMART, INC.; WAL-MART ASSOCIATES, INC.; WAL-MART REALTY COMPANY; and DOES 1 to 50, inclusive,<br><br>    Defendants.<br><br>AND ALL RELATED CROSS-ACTIONS | Case No.:   5:22-cv-00233-JWH-SP<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Complaint Filed: November 19, 2021<br>Trial Date: None |

TO THE HONORABLE COURT AND ALL PARTIES OF INTEREST:

PLEASE TAKE NOTICE THAT that the Parties have reached a settlement-in-principle in the above-captioned case.

The Parties respectfully request that the Court schedule a Telephonic Status Conference for this matter for October 12, 2022, 2022, or as soon thereafter as the Court's calendar permits, to allow the Parties to finalize drafting the settlement agreement, to obtain necessary signatures, and to effectuate the settlement prior to dismissal of the action with this Court.

Respectfully submitted,

DATED:  September 12, 2022          DE SANTIS LAW CENTER, APC

/s/ Frank De Santis Esq._____
Frank De Santis, Esq.
law@desantislawcenter.com
Valorie E. Ryan, Esq.
valorie@desantislawcenter.com
Attorneys for Plaintiff,
Michelina Curiale

DATED:  September 12, 2022          SKANE MILLS LLP

/s/ Jeff Morris_____
Elizabeth A. Skane, Esq.
eskane@skanemills.com
Jeff Morris, Esq.
jmorris@skanemills.com
Attorneys for Defendants/Cross Complainants WALMART, INC., WAL-MART ASSOCIATES, INC., WAL-MART REALTY COMPANY and WAL-MART TRS, LLC