Frank De Santis, Esq. # 110400
law@desantislawcenter.com
Valorie E. Ryan, Esq. # 237906
valorie@desantislawcenter.com
DE SANTIS LAW CENTER, APC
298 Third Avenue
Chula Vista, CA 91910
Tel: (619) 425-2020

Attorneys for Plaintiff,
MICHELINA CURIALE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION RIVERSIDE

| | |
|---|---|
| MICHELINA CURIALE,<br><br>      Plaintiffs,<br><br>   v.<br><br>WALMART, INC.; WAL-MART ASSOCIATES, INC.; WAL-MART REALTY COMPANY; and DOES 1 to 50, inclusive,<br>      Defendants.<br><br>AND ALL RELATED CROSS-ACTIONS | Case No.:   5:22-cv-00233-JWH-SP<br><br>**JOINT STIPULATION FOR OF DISMISSAL WITH PREJUDICE**<br><br>[Fed. R. Civ. Pro. 41(a)(1)(A)(ii)]<br><br>Complaint Filed: November 19, 2021 |

TO THE HONORABLE COURT:

    Pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii), all Parties to this action, by and through their counsel of record, respectfully submit this joint stipulation that this action be dismissed with prejudice in its entirety.

                                           Respectfully submitted,

DATED: October 6, 2022        DE SANTIS LAW CENTER, APC

                                         /s/ Frank De Santis_____
                                         FRANK DE SANTIS, ESQ.
                                         law@desantislawcenter.com
                                         Attorney for Plaintiff,
                                         Michelina Curiale

DATED: October 6, 2022        SKANE MILLS LLP

                                         /s/ Jeff Morris_____
                                         Elizabeth A. Skane, Esq.
                                         Jeff Morris, Esq.
                                         Attorneys for Defendants/Cross Complainants WALMART, INC., WAL-MART ASSOCIATES, INC., WAL-MART REALTY COMPANY and WAL-MART TRS, LLC